IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JERRY J. BROWN, SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| STACY M. JACKSON, Individually and | § | |
| as Personal Representative of the | § | No. 3:16-cv-402-N-BN |
| ESTATE OF JERRY J. BROWN, JR., | § | |
| | § | |
| Intervenor-Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| BEAMERS PRIVATE CLUB d/b/a | § | |
| PRIVAE LOUNGE, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated April 29, 2016, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 16th day of June, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE